FILED: February 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4398
(3:12-cr-00049-GMG-DJJ-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

TERRENCE JOHNSON, a/k/a Freak

       Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation and denies counsel's request to appoint successor counsel.

Entered at the direction of the panel: Judge Motz, Judge Gregory, and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk